**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MIGUEL ANGEL SANCHEZ AGUAS,

     Petitioner,

v.                                                                         No. 2:26-cv-01002-MIS-GJF

MARY DE ANDA-YBARRA, Immigration
and Customs El Paso Field Office Director;
TODD LYONS, Acting Director Immigration
and Customs Enforcement; MARKWAYNE
MULLIN, Secretary, U.S. Department of
Homeland Security; and TODD BLANCHE,
Acting U.S. Attorney General,

     Respondents.

## ORDER CLOSING CASE UPON PETITIONER'S VOLUNTARY DISMISSAL

THIS MATTER is before the Court on Petitioner Miguel Angel Sanchez Aguas's Notice of Voluntary Dismissal, ECF No. 8. Petitioner was released from custody on his own recognizance. *Id.* at 1. The Court construes the Motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). "Under Rule 41(a)(1)(A)(i), a plaintiff can voluntarily dismiss a case 'by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). Respondents have not filed a response to the Court's Order to Show Cause, ECF No. 5. A notice of dismissal under Rule 41(a)(1)(A)(i) "is self-executing and immediately strips the district court of jurisdiction over the merits." *Id.* Accordingly, all pending motions are **DENIED AS MOOT** and this case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE